**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 18, 2024.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-23-00700-CV**

---

**IN RE ADEEL ZAIDI, A.K. CHAGLA, AND PRESTIGE CONSULTING D/B/A TURNAROUND MANAGEMENT GROUP, Relators**

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
61st District Court
Harris County, Texas
Trial Court Cause No. 2009-02578**

---

## MEMORANDUM OPINION

On Thursday, September 21, 2023, relators Adeel Zaidi, A.K. Chagla, and Prestige Consulting d/b/a Turnaround Management Group filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R.

App. P. 52.  In the petition, relators ask this court to compel the Honorable Judge Fredericka Phillips, presiding judge of the 61st District Court of Harris County, to reverse her orders disqualifying Robin L. Harris and Hicks Thomas LLP law firm from representing relators Adeel Zaidi, A.K. Chagla, and Prestige Consulting d/b/a Turnaround Management Group.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Bourliot and Hassan.

2